IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-137-DCK

| ETRULA FAYE ALLEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| KOHL'S DEPARTMENT STORES, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Lin B. Hollowell, Jr., filed an "Interim Mediation Report" (Document No. 6) notifying the Court that the parties reached a settlement on April 25, 2016, contingent on the resolution of two outstanding medical liens. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that a Final Mediation Report or Stipulation of Dismissal shall be filed on or before **June 24, 2016**.

**SO ORDERED**.

Signed: May 4, 2016

David C. Keesler
United States Magistrate Judge